No. 78–1250. BRAZIL *v.* SAMBO'S RESTAURANTS, INC. C. A. 7th Cir. Certiorari denied.

No. 78–1251. RENARD *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 78–1252. LUPIA *v.* STELLA D'ORO BISCUIT CO., INC. C. A. 7th Cir. Certiorari denied.

No. 78–1256. WALLER *v.* MISSISSIPPI STATE HIGHWAY COMMISSION. Sup. Ct. Miss. Certiorari denied.

No. 78–1292. BENGEL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–1336. BUCKLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–1363. MILLER *v.* UNITED STATES; and DAVIS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 588 F. 2d 1030 (first case); 588 F. 2d 1041 (second case).

No. 78–1377. BLAIR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5812. WOODALL ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–5860. BRIGGS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–5893. JONES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–5942. TROY *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.